CLOSED, SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01210−BMS

MARTINEZ et al v. C.R. BARD, INC. et al
Assigned to: HONORABLE BERLE M. SCHILLER
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/12/2008
Date Terminated: 04/24/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DELORIES L. MARTINEZ** represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARIO MARTINEZ** represented by **DANIEL N. GALLUCCI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.** represented by **BARBARA K. GOTTHELF**
MCCARTER &ENGLISH
1735 MARKET STREET
SUITE 700
PHILADELPHIA, PA 19103
215−979−3836
Email: bgotthelf@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVOL, INC.** represented by **BARBARA K. GOTTHELF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2008 | " 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 946697.), filed by |

| | | |
|---|---|---|
| | | DELORIES L. MARTINEZ, MARIO MARTINEZ.(ks, ) (Entered: 03/12/2008) |
| 03/12/2008 | " | Summons Issued as to C.R. BARD, INC., DAVOL, INC.. Forwarded To: Counsel on 3/12/08 (ks, ) (Entered: 03/12/2008) |
| 03/12/2008 | " | DEMAND for Trial by Jury by DELORIES L. MARTINEZ, MARIO MARTINEZ. (ks, ) (Entered: 03/12/2008) |
| 04/07/2008 | " 2 | SUMMONS Returned Executed by DELORIES L. MARTINEZ, MARIO MARTINEZ served Summons and Complaint upon C.R. BARD, INC., DAVOL, INC.. C.R. BARD, INC. served on 3/20/2008, answer due 4/9/2008; DAVOL, INC. served on 3/21/2008, answer due 4/10/2008. (fdc, ) (Entered: 04/07/2008) |
| 04/10/2008 | " 3 | ANSWER to 1 Complaint together with Affirmative Defenses of Defendants C.R. Bard, Inc. and Davol Inc. by C.R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/10/2008) |
| 04/15/2008 | " 4 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by C.R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/15/2008) |
| 04/24/2008 | " 5 | Certified Copy of Conditional Transfer Order (CTO−18) from the Judicial Panel on MDL. Re: These actions are transferred under 28 USC section 1407 to the District of Rhode Island. (fdc) (Entered: 04/25/2008) |
| 04/24/2008 | " | Case Transferred to USDC District of Rhode Island pursuant to CTO−18. (fdc) (Entered: 04/25/2008) |